FILED
CLERK, U.S. DISTRICT COURT

4/21/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___LM___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER | 5:21-mj-00298 |
|---|---|---|
| PLAINTIFF(S) | | 3:20-CR-95 |
| v. | | |
| OSCAR CRUZ GUZMAN | | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | | |

The above-named defendant was charged by: Indictment
in the Southern District of Iowa on 9/9/2020
at 12:00 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about Unk - 2/2019- 7/26/2019
in violation of Title 21 U.S.C., Section(s) 841(a)(1), and (b)(1)(A), 846
to wit: ___

A warrant for defendant's arrest was issued by: Judge Stephen Jackson

Bond of $ 0 was ☒ set / ☐ recommended.

Type of Bond: None

Relevant document(s) on hand (attach): Indictment & Arrest Warrant

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4/21/21
                 Date

_[signature] #31083_
Signature of Agent

Steven Lipscomb
Print Name of Agent

US Marshal Service
Agency

Deputy Marshal
Title