Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.

FILED
CLERK, U.S. DISTRICT COURT
4/21/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: LM DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

5:21-mj-00298

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>3:20-CR-95 |
| OSCAR CRUZ GUZMAN<br>USMS# Pending<br>DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 4/21/21 at 09:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   Violation of Title 21 U.S.C., Section(s) 841(a)(1), and (b)(1)(A), 846

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☒ Yes Language: Spanish

7. Year of Birth: 1993

8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: _____ Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): Subject will appear by VTC at the USMS Riverside Cellblock.

11. Name: Steven Lipscomb (please print)

12. Office Phone Number: 951-276-6128

13. Agency: US Marshal Service

14. Signature: [signature] #31023

15. Date: 4/21/21

CR-64 (09/20) — REPORT COMMENCING CRIMINAL ACTION